```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY MCGEE,

                Plaintiff,

    -v-

HAMBURGER INTERMEDIARY, LLC et al.,

                Defendants.
------------------------------------------------------------------X

20-cv-8385 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      This case was stayed pending the outcome of arbitration on October 29, 2020.  The parties are directed to submit a joint letter updating the Court on the status of the arbitration in thirty (30) days from the entry of this Order and every six months thereafter.

      SO ORDERED.

Dated: April 4, 2022
       New York, New York

                                        LEWIS J. LIMAN
                                  United States District Judge